IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRY JACKSON,

    Plaintiff,

v.

BRIAN FOSTER, et al.,

    Defendants.

ORDER

Case No. 17-cv-530-bbc

On August 1, 2017, this court entered an order directing plaintiff Terry Jackson to either submit the $400 filing fee or a motion for leave to proceed without prepayment of the filing fee and a trust fund account statement by August 22, 2017. On August 9, 2017 plaintiff paid the $400 filing fee and submitted a letter requesting to withdraw his motion for leave to proceed without prepayment of the filing fee. *See* dkt. 12. However, because plaintiff is a prisoner, plaintiff is subject to the Prisoner Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Terry Jackson's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made.

Entered this 9th day of August, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge