IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRY L. JACKSON,

    Plaintiff,

  v.

Case No. 17-cv-530-bbc

BRIAN FOSTER, WILLIAM POLLARD,
STADTMUELLER, MARKUS, DAHLKE,
BRAMMER, BRAKHAS, BALENDA
SHRUBBE, GWENDOLYN A. VICK, AMY
GUNDERSON, AND N. KAMPHUIS,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/11/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |